**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PROFESSIONAL PARTNERS LTD., INC.,
a Minnesota corporation,

Plaintiff,

v.

JAMO US, INC.,
an Illinois corporation, and
JOHN DOES, 1 through 12,

Defendants.

Civil No. 01-1523 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Mary Vasaly, Esq., and Richard Kempf, Esq., Maslon Edelman Borman & Brand, 3300 Wells Fargo Center, 90 South 7th Street, Minneapolis, MN 55402-4140, counsel for Plaintiff.

Timothy Schupp, Esq., Flynn Gaskins & Bennett, 2900 Metropolitan Center, 333 South 7th Street, Minneapolis, MN 55402; Mark Partridge, Esq., and Sanjiv Sarwate, Esq., Pattishall McAuliffe Newbury Hilliard & Geraldson, 311 Wacker Drive South, Suite 5000, Chicago, IL 60606; Richard Beem, Esq., Beem Patent Group, 135 LaSalle Street South, Suite 3600, Chicago, IL 60603-4110, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: February 12, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed FEB 1 2 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________